UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

RYAN and SHEN NEUMAN,                                                                   No. 12-12067

                                     Debtor(s).
_____/

Memorandum on Motion to Dismiss
_____

      As the Chapter 13 Trustee notes in his motion to dismiss this case, the debtors' secured debt far exceeds the debt limits for Chapter 13 eligibility set forth in § 109(e) of the Bankruptcy Code. The debtors argue that since they filed a previous Chapter 7 and obtained a discharge of their personal liability on the debt in question that the secured creditors no longer have allowed claims and are therefore not counted for eligibility purposes. This position is not correct.

      In *Johnson v. Home State Bank*, 501 U.S. 78, 83, 111 S.Ct. 2150, 115 L.Ed.2d 66 (1991), the Supreme Court emphasized that the term "claim" in § 109(e) is intended to be given the broadest definition possible. It specifically held that "a mortgage interest that survives the discharge of a debtor's personal liability is a 'claim' within the terms of § 101(5)." *Johnson*, 501 U.S. at 84. The debtors' position is inconsistent with this holding.

      For the foregoing reasons, the court will grant the motion and dismiss this case unless, within

1

five days of the date of this memorandum, the debtors have converted this case to Chapter 11. The Trustee shall submit an appropriate form of order.

Dated: January 23, 2013

Alan Jaroslovsky
U.S. Bankruptcy Judge

2